```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11796
   BRIAN J MCHUGH
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-7627


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/02/2007 and was not confirmed.

     The case was dismissed without confirmation 10/17/2007.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------

 CODILIS & ASSOCIATES       NOTICE ONLY    NOT FILED           .00           .00
 COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00           .00           .00
 COUNTRYWIDE HOME LOANS     MORTGAGE ARRE        .00           .00           .00
 DEL LAGO VILLAS PH 1 CON   SECURED        17200.32            .00           .00
 INTERNAL REVENUE SERVICE   PRIORITY       16918.84            .00           .00
 AFFILIATED CREDIT SERVIC   NOTICE ONLY    NOT FILED           .00           .00
 AMERICAN FAMILY INSURANC   UNSECURED      NOT FILED           .00           .00
 ARMOR SYSTEMS CO           UNSECURED      NOT FILED           .00           .00
 ASSET ACCEPTANCE LLC       UNSECURED         620.39           .00           .00
 BAY AREA CREDIT SERVICE    NOTICE ONLY    NOT FILED           .00           .00
 CREDIT BUREAU ACCOUNTS     NOTICE ONLY    NOT FILED           .00           .00
 CERTIFIED SERVICES         UNSECURED      NOT FILED           .00           .00
 CITY OF CHICAGO PARKING    UNSECURED      NOT FILED           .00           .00
 CREDIT PROTECTION          UNSECURED      NOT FILED           .00           .00
 DESTINY HEALTH             UNSECURED      NOT FILED           .00           .00
 DICKLER KAHN SLOWIKOWSKI   NOTICE ONLY    NOT FILED           .00           .00
 ENCORE RECEIVABLE MANAGE   NOTICE ONLY    NOT FILED           .00           .00
 RESURGENT CAPITAL SERVIC   UNSECURED         700.00           .00           .00
 HARVARD COLLECTION SERVI   UNSECURED      NOT FILED           .00           .00
 LINEBARGER GOGGAN BLAIR    NOTICE ONLY    NOT FILED           .00           .00
 LOU HARRIS & CO            UNSECURED      NOT FILED           .00           .00
 MALCOLM S GERALD & ASSOC   UNSECURED      NOT FILED           .00           .00
 MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED           .00           .00
 NCO COLLECTION AGENCY      UNSECURED      NOT FILED           .00           .00
 NICOR GAS                  UNSECURED         324.66           .00           .00
 NORTHWEST COLLECTORS       UNSECURED      NOT FILED           .00           .00
 NORTHWEST COMMUNITY HOSP   UNSECURED        1645.56           .00           .00
 OPEN MRI OF CHICAGO        UNSECURED      NOT FILED           .00           .00
 ORTHOPEDIC ASSOCIATES      UNSECURED      NOT FILED           .00           .00
 PARK DANSAN                UNSECURED      NOT FILED           .00           .00
 PLAZA ASSOCIATES           NOTICE ONLY    NOT FILED           .00           .00
 PORTFOLIO RECOVERY ASSOC   NOTICE ONLY    NOT FILED           .00           .00
 RADIOLOGY IMAGING CONSUL   UNSECURED      NOT FILED           .00           .00
 AT & T BANKRUPCTY          UNSECURED      NOT FILED           .00           .00
 TARGET                     UNSECURED      NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11796 BRIAN J MCHUGH
```

```
COUNTRYWIDE HOME LOANS    NOTICE ONLY    NOT FILED              .00         .00
INTERNAL REVENUE SERVICE  UNSECURED       2927.55               .00         .00
INTERNAL REVENUE SERVICE  SECURED NOT I  NOT FILED              .00         .00
ILLINOIS DEPT OF REVENUE  SECURED NOT I   1262.01               .00         .00
ILLINOIS DEPT OF REVENUE  PRIORITY         501.75               .00         .00
ILLINOIS DEPT OF REVENUE  UNSECURED        555.30               .00         .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        259.19               .00         .00
SANDRA WELLS              NOTICE ONLY    NOT FILED              .00         .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        535.54               .00         .00
LEGAL HELPERS PC          DEBTOR ATTY    1,678.00                           .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                       .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 01/25/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 07 B 11796 BRIAN J MCHUGH